KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
LINDA BYERS MAZZEI

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F-01-5359 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE AND ORDER |
| vs. | |
| LINDA BYERS MAZZEI et al. | CURRENT DATE: 4/25/05<br>NEW DATE: 10/24/05 |
| Defendant. | |

It is hereby stipulated by and between counsel for the government and counsel for defendant that the sentencing of LINDA BYERS MAZZEI be continued from 4/25/05 to 10/24/05 so that defendant's sentencing will follow the trial of codefendant STEVEN M. GROTE.

DATED: 4/22/05          /Katherine Hart/
                         KATHERINE HART, Attorney for
                         Defendant LINDA BYERS MAZZEI

DATED: 4/22/05          /Stanley A. Boone/
                         STANLEY A. BOONE, Assistant U.S.
                         Attorney

# ORDER

Counsel having stipulated to continue the sentencing to October 24, 2005, it is hereby ordered that the sentencing previously set for April 25, 2005 at 9:00 a.m. be reset to October 24, 2005 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   April 22, 2005**          **/s/ Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE

2