KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
LINDA BYERS MAZZEI

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F-01-5359 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE AND ORDER |
| vs. | |
| LINDA BYERS MAZZEI et al. | CURRENT DATE: 3/20/06<br>NEW DATE: 6/26/06 |
| Defendant. | |

It is hereby stipulated by and between counsel for the government and counsel for defendant that the sentencing of LINDA BYERS MAZZEI be continued from 3/20/06 to 6/26/06 so that defendant's sentencing will follow the trial of codefendant STEVEN M. GROTE.

DATED: 3/15/06      /s/Katherine Hart
                    KATHERINE HART, Attorney for
                    Defendant LINDA BYERS MAZZEI

DATED: 3/15/06      /s/Stanley A. Boone
                    STANLEY A. BOONE, Assistant U.S. Attorney

# ORDER

Counsel having stipulated to continue the sentencing to June 26, 2006, it is hereby ordered that the sentencing previously set for March 20, 2006 at 9:00 a.m. be reset to June 26, 2006 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:     March 17, 2006**            **/s/ Anthony W. Ishii**
0m8i78                        UNITED STATES DISTRICT JUDGE