KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
LINDA BYERS MAZZEI

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F-01-5359 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE AND REQUEST FOR ORDER APPROVING NEW DATE |
| vs. | |
| LINDA BYERS MAZZEI et al. | CURRENT DATE: 6/26/06 NEW DATE: 1/29/07 |
| Defendant. | |

It is hereby stipulated by and between counsel for the government and counsel for defendant that the sentencing of LINDA BYERS MAZZEI be continued from 6/26/06 to 1/29/07 so that defendant's sentencing will follow the trial of codefendant STEVEN M. GROTE.


DATED: 6/20/06              /s/Katherine Hart
                           KATHERINE HART, Attorney for
                           Defendant LINDA BYERS MAZZEI


DATED: 6/20//06            /s/Stanley A. Boone
                          STANLEY A. BOONE, Assistant U.S.
                          Attorney

**ORDER**

   Counsel having stipulated to continue the sentencing to January 29, 2007 to follow the trial of codefendant Steven M. Grote,  it is hereby ordered that the sentencing previously set for June 26, 2006 at  9:00 a.m. be reset to January 29, 2007 at  9:00 a.m.

IT IS SO ORDERED.

**Dated:    June 23, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE