1 KATHERINE HART #76715
Attorney at Law
2 2055 San Joaquin
Fresno, Ca. 93721
3 Telephone: (559) 256-9800
Facsimile:  (559) 256-9798
4
Attorney for Defendant
5 LINDA BYERS MAZZEI

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F-01-5359 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE AND REQUEST FOR ORDER APPROVING NEW DATE |
| vs. | |
| LINDA BYERS MAZZEI et al. | CURRENT DATE: 1/29/07<br>NEW DATE: 4/23/07 |
| Defendant. | |

It is hereby stipulated by and between counsel for the government and counsel for defendant that the sentencing of LINDA BYERS MAZZEI be continued from 1/29/07 at 9:00 a.m. to 4/23/07 so that defendant's sentencing will follow the trial of codefendant STEVEN M. GROTE, scheduled for March, 2007..

DATED: 1/26/07         /s/Katherine Hart
                      KATHERINE HART, Attorney for
                      Defendant LINDA BYERS MAZZEI

DATED: 1/26/07         /s/Mark McKeon
                      MARK MCKEON, Assistant U.S.
                      Attorney

# ORDER APPROVING SENTENCING DATE

IT IS HEREBY ORDERED THAT THE SENTENCING OF LINDA BYERS-MAZZEI IS HEREBY CONTINUED TO APRIL 23, 2007 AT 9:00 A.M.

IT IS SO ORDERED.

**Dated:   January 26, 2007**              /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE