KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
LINDA BYERS-MAZZEI

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV-F-01-5359 AWI |
| Plaintiff, ) | STIPULATION TO RESET DATE FOR SENTENCING |
| v. ) | New Sentencing Date: 7/30/07<br>Time: 9:00 a.m.<br>Dept: AWI |
| LINDA BYERS-MAZZEI, ) | |
| Defendant. ) | |

IT is hereby stipulated between counsel for the government and counsel for Defendant LINDA BYERS-MAZZEI that the sentencing date previously set for April 23, 2007 be reset to July 30, 2007.

DATED: April 20, 2007           /s/ Katherine Hart
                                KATHERINE HART


DATED: April 20, 2007           /s/ Mark McKeon
                                ASSISTANT UNITED STATES
                                ATTORNEY

ORDER

Based on the stipulation between counsel, it is hereby ordered that the sentencing date in the case of United States v. Linda Byers-Mazzei be reset to Monday, July 30, 2007 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   April 21, 2007**            /s/ **Anthony W. Ishii**
                                         UNITED STATES DISTRICT JUDGE