KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. F-01-5359 AWI |
| Plaintiff, | ORDER AFTER HEARING TERMINATING PRETRIAL SERVICES SUPERVISION |
| v. | |
| LINDA BYERS-MAZZEI, et al. | Date: July 30, 2007 |
| Defendant. | Time: 9:00 a.m. |
| | Dept. AWI |

On Monday, July 30, 2007, defendant LINDA BYERS-MAZZEI appeared in court for a status conference concerning her pending sentencing. Defendant requested, through her counsel Katherine Hart, that Pretrial Services Supervision be terminated. Pretrial Services has supervised defendant for approximately five and one-half years, and has no objection to terminating Pretrial Services supervision. Counsel for the government, Assistant United States Attorney Mark McKeon, stated in court on July 30, 2007 that he had no objection to the termination of Pretrial Services supervision. Accordingly, the court agreed to terminate pretrial supervision, and counsel for defendant agreed to prepare an order reflecting the termination of pretrial supervision.

DATED: August 1, 2007         /s/ Katherine Hart
                              KATHERINE HART, Attorney for
                              LINDA BYERS-MAZZEI

ORDER

IT IS HEREBY ORDERED THAT PRETRIAL SERVICES SUPERVISION OF DEFENDANT LINDA BYERS-MAZZEI BE TERMINATED.

IT IS SO ORDERED.

**Dated:   August 1, 2007**              /s/ **Anthony W. Ishii**
                                         UNITED STATES DISTRICT JUDGE