KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant LINDA BYERS-MAZZEI

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-F-01-5359 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO RESET DATE FOR SENTENCING |
| | ) | |
| | ) | Date previously set: 10/22/07 at 9:00 a.m. |
| v. | ) | |
| LINDA BYERS-MAZZEI | ) | New date requested: 12/3/07 at 9:00 a.m. |
| Defendant. | ) | |

IT is hereby stipulated between counsel for the government and counsel for Defendant that the sentencing date previously set for October 22, 2007 be re-set to December 3, 2007, to follow the sentencing of codefendant Steven Matthew Grote and to allow time for preparation of the Presentence Investigation Report.

DATE: September 17, 2007        /s/ Katherine Hart
                                KATHERINE HART


DATED: September 17, 2007       /s/   Mark McKeon
                                ASSISTANT UNITED STATES ATTORNEY

1 | ORDER

2 | Based on the stipulation between counsel, it is hereby ordered that the sentencing
3 | date in the case of United States v. Linda Byers-Mazzei, Case No. CR-F-01-5359
4 | AWI, be continued from October 22, 2007 to December 3, 2007 at 9:00 a.m.

6 | IT IS SO ORDERED.

7 | **Dated:   September 18, 2007**           /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE