KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant LINDA BYERS-MAZZEI

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-F-01-5359 AWI |
| Plaintiff, ) | STIPULATION TO RESET DATE FOR SENTENCING |
| ) | |
| ) | Date previously set: 12/3/07 at 9:00 a.m. |
| v. ) | |
| ) | New date requested: 1/22/08 at 9:00 a.m. |
| LINDA BYERS-MAZZEI ) | |
| Defendant. ) | |

IT is hereby stipulated between counsel for the government and counsel for Defendant that the sentencing date previously set for December 3, 2007 be re-set to January 22 , 2008, as counsel KATHERINE HART is currently in trial in Fresno County Superior Court in a five-defendant special circumstance case.

DATE: November 29, 2007           /s/ Katherine Hart
                                  KATHERINE HART


DATED: November 29, 2007          /s/   Mark McKeon
                                  ASSISTANT UNITED STATES ATTORNEY

ORDER

Based on the stipulation between counsel, it is hereby ordered that the sentencing date in the case of United States v. Linda Byers-Mazzei, Case No. CR-F-01-5359 AWI, be continued from December 3, 2007 to January 22, 2008.

IT IS SO ORDERED.

**Dated:   November 30, 2007**          /s/ **Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE

2