1  KATHERINE HART #76715
   Attorney at Law
2  2055 San Joaquin
   Fresno, Ca. 93721
3  Telephone: (559) 256-9800
   Facsimile:  (559) 256-9798
4
   Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. F-01-5359 AWI |
| Plaintiff, ) | STIPULATION TO TERMINATE FEDERAL PROBATION |
| v. ) | |
| LINDA BYERS-MAZZEI, et al. ) | Date: |
| Defendant. ) | Time: |
| ) | Dept. AWI |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT AND COUNSEL FOR DEFENDANT AS FOLLOWS:

The United States Probation Office, through Federal Probation Officer BRIAN BEDROSIAN, has no objection to the termination of Federal Probation supervision over LINDA BYERS-MAZZEI;

LINDA BYERS-MAZZEI was previously supervised by Pretrial Services from 2001 to 2007;

THEREFORE it is stipulated between MARK MCKEON, Assistant United States Attorney and KATHERINE HART, Attorney for LINDA BYERS-MAZZEI, that probation supervision by the United States Probation Office may be terminated, if the court so approves.

# ORDER

IT IS HEREBY ORDERED THAT FEDERAL PROBATION SUPERVISION OF DEFENDANT LINDA BYERS-MAZZEI BE TERMINATED.

IT IS SO ORDERED.

**Dated:  July 16, 2008**              /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE